```
                              FILED
                         CLERK, U.S. DISTRICT COURT

                              JUN 2 6 2012

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 10-01102-GHK |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. ) | 18 U.S.C. 3143(a)] |
| ) | |
| SAUL CISNEROS, ) | |
| ) | |
| Defendant. ) | |

    The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

|   |   |
|---|---|
| 1 | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 2 | based on his failure to proffer any evidence to meet his burden |
| 3 | on this issue; |
| 4 | and |
| 5 | B.   (X)   The defendant has not met his burden of establishing by |
| 6 | clear and convincing evidence that he is not likely to pose a |
| 7 | danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 9 | based on his failure to proffer any evidence to meet his burden |
| 10 | on this issue. |
| 11 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 12 | the further revocation proceedings. |

DATED: June 26, 2012

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE